Dennis Winters, Esq.
Winters Law Firm
1820 East 17th Street
Santa Ana, California  92705
Telephone:  714-836-1381
Facsimile:  714-542-2495
State Bar No. 89872
Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

---

IN RE: RODERICK DELOS REYES AND
      JOCELYN DELOS REYES,

                  Debtors.

Case No. 10-22310-MM7

Chapter 7

---

FIRST NATIONAL BANK OF OMAHA,

                  Plaintiff,

    v.

RODERICK DELOS REYES,

                  Defendant.

**COMPLAINT SEEKING EXCEPTION TO DISCHARGE PURSUANT TO 11 U.S.C. §523(a)(2)(A) AND/OR §523(a)(2)(C)**

Adv. No. 11-_____

Hon. Margaret M. Mann

---

The Plaintiff, First National Bank of Omaha, by its attorney, for its Complaint against the Defendant, alleges as follows:

1.  This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and §157, and this matter is a core proceeding pursuant to 28 U.S.C. §157.

2.  The Debtors filed a Petition, and an Order for Relief was entered under 11 U.S.C. Chapter 7 on December 21, 2010.

3.  At all times mentioned herein, the Defendant, Roderick DeLos Reyes, had possession of a First National Bank of Omaha credit account, number xxxx-xxxx-xxxx-1198, which account the Defendant opened in October 2008.

1

4.   On August 11, 2010, the account was in good standing and the balance on the abovementioned account was $3,866.30.

5.   Between August 12, 2010 and November 10, 2010, the Defendant made purchases and took cash advances on this account totaling $11,064.46, maxing out the account's credit limit.  See copies of account statements, attached hereto and incorporated herein, marked Exhibit A.

6.   The Defendant's charges set forth in Exhibit A, included but were not limited to:  cash advances totaling $2,400.00; a charge to GEICO in the amount of $1,663.70; charges at WalMart totaling $1,098.48; and a charge at the Apple Store in the amount of $734.45.  See copies of account statements, attached hereto and incorporated herein, marked Exhibit A.

7.   In January 2009 and September 2009, prior to the Defendant incurring all of the abovementioned $11,064.46 in charges on this account, two of the Debtors' real properties were sold at short sales.  See Debtors' sworn Statement of Financial Affairs, response to Question No. 4.

8.   On June 3, 2010, prior to the Defendant incurring all of the abovementioned $11,064.46 in charges on this account, the Debtors' 2007 Mercedes Benz was repossessed or returned.   See Debtors' sworn Statement of Financial Affairs, response to Question No. 5.

9.  On September 1, 2010, within twenty days of the Defendant making over $900.00 of the abovementioned charges, and even prior to the Defendant making over $10,000.00 of the abovementioned charges on this account, the Debtors paid  their attorney towards //

bankruptcy filing fee and/or bankruptcy legal fees. See Debtors' sworn Statement of Financial Affairs, response to Question No. 9.

10. On November 21, 2010, only eleven days after the Defendant made the last charge on this account, the Debtors obtained Certificates of Counseling in furtherance of Sections 109(h) and 111 of the Bankruptcy Code.

11. On December 21, 2010, within ninety days of the Defendant making over $6,000.00 of the abovementioned charges on this account, the Debtors' Chapter 7 bankruptcy was actually filed with the Court.

12. To the extent that the Defendant incurred luxury good purchases or services aggregating more than $600.00 within ninety days of filing this Chapter 7 bankruptcy and/or took cash advances aggregating more than $875.00 within seventy days of filing this Chapter 7 bankruptcy, said luxury good purchases or services and/or cash advances are presumed nondischargeable pursuant to 11 U.S.C. §523(a)(2)(C).

13. Pursuant to the Debtors' sworn Statement of Financial Affairs, in the year prior to and up through the Debtors' bankruptcy filing, the Debtors did not suffer any losses from fire, theft, or gambling.

14. Pursuant to the Debtors' sworn Statement of Financial Affairs, for the two years prior to the Debtors' bankruptcy filing, the Debtors did not receive income from any source other than from their employment.

15. Pursuant to the Debtors' sworn Schedule I, the Debtor-Husband has been employed by Lot Management for three years prior //

3

to his filing bankruptcy, and at the time of the bankruptcy filing, he was employed by Lot Management as a territory manager.

16. Pursuant to the Debtors' sworn Schedule I, the Debtor-Wife has been employed by Child Youth Programs for seventeen years prior to her filing bankruptcy, and at the time of the bankruptcy filing, she was employed by Child Youth Programs as a teacher's aide.

17. Pursuant to the Debtors' sworn Schedule I, the Debtors' monthly net income was approximately $6,996.82.

18. Pursuant to the Debtors' sworn Schedule I, there are no increases or decreases in income anticipated to occur within the year following the Debtors' bankruptcy filing.

19. Pursuant to the Debtors' sworn Schedule J, the Debtors' average monthly household living expenses were approximately $7,018.94.

20. Pursuant to the Debtors' sworn Schedule J, there are no increases or decreases in expenses anticipated to occur within the year following the Debtors' bankruptcy filing.

21. The minimum monthly payments on the Debtors' $655,486.75 of unsecured debt (based upon minimum monthly payments estimated at between 2% and 3% of the outstanding principal balances on their total unsecured debt) were in excess of $2,000.00 each month.

22. Given the Debtors' monthly net income, monthly living expenses, and circumstances as set forth in their sworn Schedules and sworn Statement of Financial Affairs, at the time the Defendant incurred the abovementioned $11,064.46 in charges on this account, the Debtors had no monthly disposable income from

4

which to pay even the minimum monthly payments on their unsecured debt.

23.    When the Defendant accepted and opened this credit account with the Plaintiff, he agreed to abide by the terms set forth in the account agreement.

24.    The Defendant's use of this account was governed by the terms of the account agreement.

25.    At the time the Defendant incurred the abovementioned $11,064.46 in charges on this account, the Defendant represented that he had the intention to repay said debt to the Plaintiff pursuant to the terms of the account agreement.

26.    At the time the Defendant incurred the abovementioned $11,064.46 in charges on this account, the Defendant represented that he agreed to abide by the terms of the account agreement.

27.    The dates when and the places where the Defendant made the abovementioned representations, are listed in the account statements marked Exhibit A, and attached hereto.

28.    The Plaintiff relied upon the Defendant's representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement in allowing the Defendant to use this account and incur the charges between August 12, 2010 and November 10, 2010, as set forth in Exhibit A, attached hereto.

29.    The Defendant did not advise the Plaintiff that he would be unable to honor the above representations or that he would be unable to abide by the terms of the account agreement at the time

//

that he made the representations and made the charges set forth in Exhibit A, attached hereto.

30.  The Plaintiff was justified in its reliance upon the Defendant's representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement.

31.  The Defendant incurred the abovementioned $11,064.46 in charges on the Plaintiff's account at a time when the Defendant was unable to meet his existing financial obligations as they became due.

32.  Based upon all of the above, at the time the Defendant incurred the abovementioned $11,064.46 in charges, the Defendant intended to deceive the Plaintiff in that he either had no intention to repay said debt to the Plaintiff pursuant to the terms of the account agreement or the Defendant knew or should have known that he had no ability to repay said debt to the Plaintiff pursuant to the terms of the account agreement.

33.  Based upon all of the above, at the time the Defendant incurred the abovementioned $11,064.46 in charges, the Defendant intended to deceive the Plaintiff in that he made such representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement with a reckless disregard as to the truthfulness of said representations.

34.  Therefore, the Defendant obtained said money from the Plaintiff by false pretenses, false representation, or actual fraud, in the amount of $11,064.46, and for the above reasons, this indebtedness to Plaintiff, First National Bank of Omaha, is

6

1  nondischargeable in bankruptcy pursuant to 11 U.S.C. §523(a)(2)(A)
2  and/or §523(a)(2)(C).

3      **WHEREFORE,** Plaintiff, First National Bank of Omaha,
4  respectfully prays that this Court:

5      A.  Determine that the Defendant's indebtedness to the
6  Plaintiff is an exception to discharge pursuant to 11 U.S.C.
7  §523(a)(2)(A) and/or §523(a)(2)(C),

8      B.  Grant judgment to the Plaintiff, First National Bank of
9  Omaha, against the Defendant, Roderick DeLos Reyes, in the amount
10 of $11,064.46, plus the $250.00 Adversary Proceeding filing fee,
11 for a total of $11,314.46, plus interest from the date of the
12 bankruptcy filing, plus the Plaintiff's other costs and
13 disbursements incurred for the collection of this debt and of this
14 action as permitted by applicable law, and

15     C.  Grant the Plaintiff such other and further relief as to
16 this Court seems just and proper.

17 Dated:  March 21, 2011

18
19                              /s/ Dennis Winters
                                Dennis Winters, Esq., Bar No. 89872
                                Attorney for Plaintiff
20                              Winters Law Firm
                                1820 East 17th Street
21                              Santa Ana, CA  92705
                                Telephone:  714-836-1381
22                              Facsimile:  714-542-2495
                                Email:      WINTERSLAWFIRM@cs.com
23
24
25
26
27
28

                                    7

# Exhibit A



**UnionBank**            **VISA**

| | |
|---|---|
| **Account Number:** | 1198 |
| **New Balance:** | ...........................$5,261.45 |
| **Minimum Payment Due:** | ...............$139.00 |
| **Payment Due Date:** | ........... October 4, 2010 |

Make checks payable to First Bankcard

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Amount of Payment Enclosed

$

038859

RODERICK M DELOSREYES
1447 ROBLES DR
CHULA VISTA CA 91911-6903

**Change of Address?** Please
check box and complete reverse side.

SIGN HERE to enroll in SecureCredit® (See message for
details) and to authorize charges to your account for program
fees.
X
SIGN HERE TO ENROLL              Form K187 D0130

1198    0000000013900    000000526145

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum Edition ® Visa

**Account Number:**
1198

 **Account Summary**

| | |
|---|---|
| Previous Balance | ..............$3,866.30 |
| Payments | ..............................-$110.00 |
| Other Credits | ...........................-$0.00 |
| Purchases | ...................+$1,417.83 |
| Balance Transfers | ................+$0.00 |
| Cash Advances | .....................+$0.00 |
| Fees Charged | ........................+$0.00 |
| Interest Charged | ...................+$87.32 |
| **New Balance** | ....................$5,261.45 |

Statement Closing Date ....... 09/08/10
Days in Billing Cycle .......................33

| | |
|---|---|
| Total Credit Limit | ..............$15,000.00 |
| Available Credit | .................$9,738.00 |
| Cash Limit | .........................$3,000.00 |
| Available Cash | .................$3,000.00 |

 **Payment Information**

| | |
|---|---|
| New Balance | ...................................................$5,261.45 |
| Minimum Payment Due | .........................................$139.00 |
| Past Due Amount | ...................................................$0.00 |
| **Payment Due Date** | ................................**October 4, 2010** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased to a Penalty APR of up to 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 29 years | $15,072 |
| $198 | 3 years | $7,128 (Savings $7,944) |

If you would like information about credit counseling services, call 1-866-486-6322.

**Customer Service**
Save Time and Stamps
by Paying Online!

**Call: Toll Free 1-888-295-5540**
(TDD Telecommunications Device for the Deaf. 1-800-925-2833) (Balance Transfer Hotline. 1-877-388-8231)

**Visit: www.unionbank.com**

☑ Credit*Wise*™

**Have you secured your identity from theft?**
Remember that the most common way identity thieves get their hands on your information is by going through your trash. Be sure to shred anything with sensitive information before throwing it away!

 **Transaction Detail**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 9-04 | 9-07 | 744180002500230002199046 | PAYMENT - THANK YOU | $110.00 (CR) |
| **Transactions** | | | | |
| 8-12 | 8-13 | 2469216022500065200680 6 | APPLE STORE #R213 CHULA VISTA CA | $734.45 |
| 8-27 | 8-27 | 2444500024041119513762 | CVSPHARMACY #9113 QU3 CHULA VISTA CA | $63.65 |
| 8-28 | 8-28 | 2432300024125843401059 9 | SAVORY BUFFET SAN DIEGO CA | $105.74 |
| 8-28 | 8-28 | 2422369024170280308808 5 | CANYON CLUB CHULA VISTA CA | $18.50 |
| 8-30 | 8-31 | 2408900024324326976810 2 | MAIL & PARCELS PLUS BONITA CA | $14.27 |
| 8-31 | 9-01 | 2444500024441650376563 5 | T.G.I. FRIDAY'S RANCHO SA EL CAJON CA | $49.01 |
| 9-01 | 9-02 | 2432301024557672401016 3 | BENIHANA CA #545 CARLSBAD CA | $87.59 |
| 9-02 | 9-03 | 2416407024642658028470 7 | CHILI'S GRI17200001727 Mira Mesa CA | $49.15 |
| 9-03 | 9-03 | 2451239024690012000015 | QUAID TEMECULA HARLEY-D TEMECULA CA | $111.47 |
| 9-03 | 9-03 | 2442513024757954201029 1 | BJ'S RESTAURANTS 456 TEMECULA CA | $45.50 |
| 9-05 | 9-05 | 2430137024818000168723 | RED RIBBON BAKESHOP #12 NATIONAL CITY CA | $41.98 |
| 9-06 | 9-06 | 2404603024900018469354 1 | CHEVRON 00209663 CHULA VISTA CA | $32.37 |
| 9-07 | 9-07 | 2430137025011600010014 9 | SWEETWATER HARLEY DAVIDSO NATIONAL CITY CA | $64.15 |
| **Fees** | | | | |
| **Total Fees For This Period** | | | | $0.00 |
| **Interest Charged** | | | | |
| Interest Charge on Purchases | | | | $87.32 |
| Interest Charge on Cash Advances | | | | $0.00 |
| Interest Charge on Balances Transfers | | | | $0.00 |
| **Total Interest For This Period** | | | | $87.32 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.
Continued next page



**Free Shipping***

On Your Entire Order

Enter Promo Code
at Checkout: **151625**

*Free Shipping coupon excludes orders comprised solely of products from the "Books, Music, Movies & Games", "Gas", "Auctions", and "Real Estate" categories. Discount will appear on the billing page before submitting the order. This offer applies to the lower 48 states and APO/FPO destinations only. This offer excludes Alaska, Hawaii and international orders. For expedited shipping, additional charges apply. This promotion cannot be combined with any other offer or coupon, including O-mart Exclusive Coupons. Offer ends December 31, 2010 @ 1:59 AM EST.

---

**Account Number:**
1198

**Your Annual Percentage Rate (APR)** is the annual interest rate on your account.  (v) Variable Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 23.99% (v) | $789.75 | 33 | $17.12 |
| Cash Advance | 29.99% (v) | $0.00 | 33 | $0.00 |
| Sep07 PR Special | 19.99% (v) | $434.84 | 33 | $7.85 |
| Purchases 1 | 19.99% (v) | $3,448.32 | 33 | $62.35 |

**2010 Total Year-to-Date**

Total fees charged in 2010 ...................................$39.00
Total interest charged in 2010 ...........................$443.61

---

**Additional Information Regarding Your Account**


**Secure**Credit®
Debt Cancellation

SecureCredit(R) Debt Cancellation protects you and your family when life takes an unexpected turn. Events such as job loss, leave of absence or loss of life can affect your ability to pay your credit card bill. With SecureCredit(R) Debt Cancellation, you will have continued use of your card and protection of your good credit rating. The monthly program fees are only $ .89 per $100 of your outstanding new balance. Simply sign the box on the top portion of your statement and protect your account from the unexpected.

**Important Information:** Your purchase of the SecureCredit(R) product is optional. Whether or not you purchase this product will not affect your credit or the terms of any existing credit agreement you have with the bank. We will give you additional information before you are required to pay for this product. This information will include a copy of the contract containing the terms for this product. There are eligibility requirements, conditions and exclusions that could prevent you from receiving benefits under this product. You should carefully read the contract for a full explanation of the terms of this product.

---

**OMAHA STEAKS(R)**
SAVE 62% and Get a New York Cheesecake FREE!
The Ideal Gourmet Griller Combo - ONLY $48.99!*
2 (5 oz.) Top Sirloins,
2 (5 oz.) Filet Mignons,
8 (3 oz.) Gourmet Franks,
4 (4 oz.) Omaha Steaks Burgers &
6 (5.75 oz.) Stuffed Baked Potatoes
Regular Price, $130.00 - NOW ONLY $48.99
That's 23 assorted gourmet items - ORDER NOW!
Call 24 hours a day, 7 days a week - 1-800-867-9300 and ask for **40781ANJ** or go to www.osincentives.com/first


**OMAHA STEAKS**
SINCE 1917

Terms and Conditions: Limit 2 at this special price. This offer can only be redeemed online and by phone. *Standard shipping and handling will be applied per address. Offer expires 10/31/10. First Bankcard, a division of First National Bank of Omaha, does not warrant or take responsibility for the items or services offered and is not affiliated with Omaha Steaks.

---


my**Deals**™

**Coming Soon!**
Receive the deals you want based on how you shop.

**My Deals(SM)** is an extra savings benefit we're bringing directly to your credit card online banking transaction page! Through **My Deals(SM)**, you can receive special offers simply by using your credit card. *No coupons to print or promo codes to enter.* Use it at your favorite stores, shops and restaurants and see your savings add up! Watch for upcoming details on how **My Deals(SM)** can work for you!

If you aren't already signed up for credit card online banking, do it now! Just go to the website on the front of your statement to get started!

Don't miss out on My Deals(SM)!

---

**Enjoy the protection of Account Alerts**

Account Alerts are one of the best ways to make sure your credit card isn't being used without your approval. Sign up for account alerts and be notified with the alerts of your choice and we'll send you an email keeping you up to date. *To enroll, just log in to the web address on the front of your statement, click the Account Services tab and sign up for the alerts of your choice.*

**UnionBank**    **VISA**

| | |
|---|---|
| Account Number: | 1198 |
| New Balance: | $8,622.10 |
| Minimum Payment Due: | $213.00 |
| Payment Due Date: | November 4, 2010 |

Make checks payable to First Bankcard

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

038964

Amount of Payment Enclosed

$

RODERICK M DELOSREYES
1447 ROBLES DR
CHULA VISTA CA 91911-6903

**Change of Address?** Please
check box and complete reverse side.

SIGN HERE to enroll in SecureCredit® (See message for details) and to authorize charges to your account for program fees.
X
SIGN HERE TO ENROLL                    Form K18/ D0130

1198    0000000021300    000000862210

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum  Edition ® Visa

Account Number:
1198

 **Account Summary**

| | |
|---|---|
| Previous Balance | $5,261.45 |
| Payments | -$140.00 |
| Other Credits | -$0.00 |
| Purchases | +$3,372.42 |
| Cash Advances | +$0.00 |
| Balance Transfers | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$128.23 |
| New Balance | $8,622.10 |

Statement Closing Date ...... 10/06/10
Days in Billing Cycle ..................... 28

| | |
|---|---|
| Total Credit Limit | $15,000.00 |
| Available Credit | $6,377.00 |
| Cash Limit | $3,000.00 |
| Available Cash | $3,000.00 |

**Payment Information**

| | |
|---|---|
| New Balance | $8,622.10 |
| Minimum Payment Due | $213.00 |
| Past Due Amount | $0.00 |
| **Payment Due Date** | **November 4, 2010** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased to a Penalty APR of up to 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 33 years | $25,211 |
| $330 | 3 years | $11,880 (Savings $13,331) |

If you would like information about credit counseling services, call 1-866-486-6322.

 **Customer Service**

Save Time and Stamps
by Paying Online!

**Call: Toll Free 1-888-295-5540**
(TDD Telecommunications Device for the Deaf. 1-800-925-2833) (Balance Transfer Hotline: 1-877-386-8231)

**Visit: www.unionbank.com**

 **Credit**Wise℠

Did you know? A big part of your score depends on the percentage of your available credit you're using, so a higher balance can lower that percentage against your available credit limit.

**Transaction Detail**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 9-18 | 9-20 | 744180002630230000120373 | PAYMENT - THANK YOU | $140.00 (CR) |
| **Transactions** | | | | |
| 9-07 | 9-08 | 24341290251251388010100 | PF CHANGS #9811 OTAY RANCH CA | $59.22 |
| 9-09 | 9-10 | 24610430253004056219758 | LUXOR SHOWTICKETSM LAS VEGAS NV | $434.40 |
| 9-11 | 9-11 | 24717050251725645077774 | SAN DIEGO LEATHER INC NATIONAL CITY CA | $49.39 |
| 9-15 | 9-16 | 24226450259960019827894 | PRESTIGE AUTO WASH & AUTO SAN DIEGO CA | $32.96 |
| 9-16 | 9-17 | 24071050260158190342717 | VALENTINO'S LOUNGE & G CHULA VISTA CA | $51.12 |
| 9-16 | 9-17 | 24492150262005200001554 91 | GEICO 800-841-3000 DC | $1,663.70 |
| 9-17 | 9-17 | 24341290261251448010031 | PAPA JOHNS #2258 TEMECULA CA | $32.63 |
| 9-17 | 9-17 | 24512390260900012700082 | QUAID TEMECULA HARLEY-D TEMECULA CA | $185.98 |
| 9-18 | 9-18 | 24164070262483520616323 | DSW SHOE WAREH00294017 CHULA VISTA CA | $62.55 |
| 9-18 | 9-18 | 24301370262118000100103 | SWEETWATER HARLEY DAVIDSO NATIONAL CITY CA | $84.01 |
| 9-21 | 9-21 | 24445710264445261388567 | RALPHS #0235 CHULA VISTA CA | $29.90 |
| 9-20 | 9-22 | 24019510265265172445506 | PHO GINGER GRILL NATIONAL CITY CA | $21.88 |
| 9-23 | 9-23 | 24455010266142002163101 | WAL-MART #5338 SAN DIEGO CA | $81.52 |
| 9-23 | 9-24 | 24013390267001115467421 | LOLITAS #3 SAN DIEGO CA | $6.85 |
| 9-23 | 9-24 | 24013390267001115467124 | LOLITAS #3 SAN DIEGO CA | $31.97 |
| 9-24 | 9-24 | 24610430268004030221972 | ROSS STORES #265 SAN DIEGO CA | $21.73 |
| 9-24 | 9-24 | 24164070268214241288579 | ON THE BORDER 00500025 SAN DIEGO CA | $16.59 |
| 9-24 | 9-24 | 24767070268275162010015 | LIPS SAN DIEGO CA | $19.50 |
| 9-24 | 9-24 | 24767070268275162010015 | LIPS SAN DIEGO CA | $82.53 |
| 9-24 | 9-24 | 24323010268545982010217 | CALIFORNIA PIZZA 071 SAN DIEGO CA | $57.29 |
| 9-25 | 9-25 | 24445000269451916372190 | CVSPHARMACY #9113  Q03 CHULA VISTA CA | $85.56 |
| 9-26 | 9-26 | 24046030269000164940826 | CHEVRON 00209663 CHULA VISTA CA | $14.29 |
| 9-28 | 9-29 | 24425130272510271010218 | PEPBOYS STORE # 701 ENCINITAS CA | $14.66 |
| 10-01 | 10-01 | 24492800276118000181516 | FREMONT-PARADISE BUFFT LAS VEGAS NV | $38.89 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page



**Free Shipping***

On Your Entire Order

Enter Promo Code
at Checkout: **151625**

*Free Shipping coupon excludes orders comprised solely of products from the "Books, Music, Movies & Games", "Cars", "Auctions", and "Real Estate" categories. Discount will appear on the billing page before submitting the order. This offer applies to the lower 48 states and APO/FPO destinations only. This offer excludes Alaska, Hawaii, and International orders. For expedited shipping, additional charges apply. This promotion cannot be combined with any other offer or coupon including O-mail Exclusive Coupons. Offer ends December 31, 2010 at 11:59AM EST.

**Account Number:**
1198

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 10-01 | 10-01 | 24122470276900012500142 | CHRISTIAN DESIGN LAS VEGAS NV | $28.10 |
| 10-02 | 10-02 | 24717050275172756367332 | BADCO INC PLEASANT HILL CA | $86.48 |
| 10-03 | 10-03 | 24164070276619273895085 | UNION 76   10073088 BARSTOW CA | $9.07 |
| 10-03 | 10-03 | 24046030276900174501221 | CHEVRON 00309203 PRIMM NV | $7.11 |
| 10-04 | 10-05 | 24610430278004012604151 | FITZGERALDS CASINO HOTEL LAS VEGAS NV | $35.00 |
| 10-05 | 10-05 | 24445000279465584622908 | WHOLEFDS LAJ 10066 LAJOLLA CA | $27.54 |

**Fees**

| | |
|---|---|
| **Total Fees For This Period** | **$0.00** |

**Interest Charged**

| | |
|---|---|
| Interest Charge on Purchases | $128.23 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| **Total Interest For This Period** | **$128.23** |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

(v) Variable Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 23.99% (v) | $3,825.60 | 28 | $70.37 |
| Cash Advance | 29.99% (v) | $0.00 | 28 | $0.00 |
| Sep07 PR Special | 19.99% (v) | $355.98 | 28 | $5.45 |
| Purchases 1 | 19.99% (v) | $3,415.83 | 28 | $52.41 |

## 2010 Total Year-to-Date

| | |
|---|---|
| Total fees charged in 2010 | $39.00 |
| Total interest charged in 2010 | $571.84 |

## Additional Information Regarding Your Account



**SecureCredit**®
Debt Cancellation

SecureCredit® Debt Cancellation protects you and your family when life takes an unexpected turn. Events such as job loss, leave of absence or loss of life can affect your ability to pay your credit card bill. With SecureCredit® Debt Cancellation, you will have continued use of your card and protection of your good credit rating. The monthly program fees are only $ .89 per $100 of your outstanding new balance. Simply sign the box on the top portion of your statement and protect your account from the unexpected.

**Important Information:** Your purchase of the SecureCredit® product is optional. Whether or not you purchase this product will not affect your credit or the terms of any existing credit agreement you have with the bank. We will give you additional information before you are required to pay for this product. This information will include a copy of the contract containing the terms for this product. There are eligibility requirements, conditions and exclusions that could prevent you from receiving benefits under this product. You should carefully read the contract for a full explanation of the terms of this product.

**OMAHA STEAKS**(R)
SAVE 60% and Get a Chocolate Lover's Cake  FREE!
The Superb Party Pack - ONLY $52.99!*
2 (6 oz.) Filet Mignons,
2 (6 oz.) Top Sirloins,
4 (4 oz.) Omaha Steaks Burgers,
4 (4 oz. approx.) Boneless Chicken Breasts &
6 (5.75 oz.) Stuffed Baked Potatoes
Regular Price. $132.00 - NOW ONLY $52.99
That's 19 assorted gourmet items - ORDER NOW!
Call 24 hours a day, 7 days a week - 1-800-867-9300 and
ask for 40782ANK or go to  www.osincentives.com/first



Terms and Conditions: Limit 2 at this special price.
This offer can only be redeemed online and by phone.
*Standard shipping and handling will be applied
per address. Offer expires 12/31/10.
First Bankcard, a division of First National Bank of Omaha,
does not warrant or take responsibility for the items or
services offered and is not affiliated with Omaha Steaks.



**Union**Bank

**VISA**

| | |
|---|---|
| Account Number: | 1198 |
| New Balance: | $13,601.00 |
| Minimum Payment Due: | $440.00 |
| Payment Due Date: | December 4, 2010 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

041294

RODERICK M DELOSREYES
1447 ROBLES DR
CHULA VISTA CA 91911-6903

$

Change of Address?  Please
check box and complete reverse side.

SIGN HERE to enroll in SecureCredit® (See message for
details) and to authorize charges to your account for program
fees
X _____
SIGN HERE TO ENROLL                    Form K147 D0130

1198    0000000044000    000001360100

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum  Edition ® Visa

Account Number:
1198

 **Account Summary**

| | |
|---|---|
| Previous Balance | $8,622.10 |
| Payments | $260.00 |
| Other Credits | $0.00 |
| Purchases | +$3,020.09 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$1,900.00 |
| Fees Charged | +$106.25 |
| Interest Charged | +$212.56 |
| New Balance | $13,601.00 |
| Statement Closing Date | 11/05/10 |
| Days in Billing Cycle | 30 |
| Total Credit Limit | $15,000.00 |
| Available Credit | $1,399.00 |
| Cash Limit | $3,000.00 |
| Available Cash | $968.00 |

**Payment Information**

| | |
|---|---|
| New Balance | $13,601.00 |
| Minimum Payment Due | $440.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | December 4, 2010 |

🕐 **Late Payment Warning:** If we do not receive your
payment by the date listed above, you may have to pay a late fee of up to
$35 and your APRs may be increased to a Penalty APR of up to 29.99%.

🕐 **Minimum Payment Warning:** If you make only the minimum
payment each period, you will pay more in interest and it will take you
longer to pay off your balance.  For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 38 years | $44,818 |
| $532 | 3 years | $19,152 (Savings $25,666) |

If you would like information about credit counseling services, call 1-866-486-6322

👤 **Customer Service**
Save Time and Stamps
by Paying Online!

**Call:** Toll Free 1-888-295-5540
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline: 1-877-366-8231)

**Visit:** www.unionbank.com

☑ Credit*Wise*™



Holiday shopping can put a strain on your credit.  Keep track of your spending by collecting receipts
and adding them up, like you would do when balancing a checkbook.  That can help you avoid a
January surprise!

🔍 **Transaction Detail**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 10-18 | 10-18 | 74418000291023000060397 | PAYMENT - THANK YOU | $260.00 (CR) |
| **Transactions** | | | | |
| 10-06 | 10-07 | 24299160780906554507336 | JCPENNEY STORE 2783 TEMECULA CA | $118.35 |
| 10-06 | 10-08 | 24323010281581259910401 | BLACK ANGUS TEMECULA TEMECULA CA | $60.77 |
| 10-09 | 10-09 | 24492150283206799100036 | CARDIFF BEACH HOUSE INC CARDIFF BY TH CA | $44.54 |
| 10-09 | 10-09 | 24046030282000104653042 | CHEVRON 00209663 CHULA VISTA CA | $14.30 |
| 10-10 | 10-10 | 24224430284163003893684 | GOLDILOCKS BAKERSH NATIONAL CITY CA | $31.65 |
| 10-10 | 10-10 | 24455010283142002010855 | WAL-MART #3516   SE2 CHULA VISTA CA | $139.17 |
| 10-11 | 10-11 | 24224430285163003813281 | GOLDILOCKS BAKERSH NATIONAL CITY CA | $66.02 |
| 10-12 | 10-12 | 24692160028500036088845B7 | PAYPAL *HINSEYSPROP 402-935-7733 IN | $282.00 |
| 10-12 | 10-12 | 24493980286191001424828 | BEVERAGES & MORE #11 ENCINITAS CA | $130.92 |
| 10-13 | 10-14 | 74418000287000287001910 | USB CHULA VISTA RALPHS CHULA VISTA CA | $500.00 |
| 10-13 | 10-14 | 24071050287697137669769 | TODO SUSHI CARLSBAD CA | $57.43 |
| 10-15 | 10-15 | 24323000287230289010236 | HARLEY DAVIDSON OF EL EL CAJON CA | $104.21 |
| 10-15 | 10-15 | 24323010289672232011139 | PHO HIEP & GRILL CHULA VISTA CA | $40.98 |
| 10-16 | 10-16 | 24046030289000163471134 | CHEVRON 00209663 CHULA VISTA CA | $22.83 |
| 10-16 | 10-16 | 24477330290710006387079 | DENNY'S #8176 TERMECULA CA | $47.25 |
| 10-16 | 10-19 | 74418000292003292006998 | 7040 ARCHIBALD AVE CORONA CA | $400.00 |
| 10-19 | 10-19 | 24046030293000013957203 | CHEVRON 00209663 CHULA VISTA CA | $31.81 |
| 10-20 | 10-20 | 24455010293142901774194 | WAL-MART #2708   SE2 TEMECULA CA | $101.34 |
| 10-20 | 10-21 | 24445060294486410962957 | IN-N-OUT BURGERS #200 TEMECULA CA | $17.35 |
| 10-20 | 10-21 | 24610430294004040705210 | ROSS STORES #639 TEMECULA CA | $76.07 |
| 10-18 | 10-22 | 24323000295123510010055 | HANA JAPANESE RESTAURA OCEANSIDE CA | $27.70 |
| 10-21 | 10-22 | 24445000294719009009039T256 | CVS PHARMACY #9162 LA MESA CA | $50.00 |
| 10-22 | 10-22 | 24164070294093130573202 | AMC MISSION VA04002465 San Diego CA | $23.00 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information
Continued next page



**Enter Promo Code at Checkout: 151625**

Free Shipping*
On Your Entire Order

*Free Shipping coupon excludes orders comprised solely of products from the "Books, Music, Movies & Games", "Cars", "Auctions", and "Real Estate" categories. Discount will appear on the billing page before submitting the order. This offer applies to the lower 48 states and APO/FPO destinations only. This offer excludes Alaska, Hawaii, and International orders. For expedited shipping, additional charges apply. This promotion cannot be combined with any other offer or coupon including Omail Exclusive Coupons. Offer ends December 31, 2010 at 12:59 AM EST.

---

**Account Number:**
1198

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 10-24 | 10-25 | 24427330295719000810493B | DENNY'S INC CHULA VISTA CA | $20.00 |
| 10-24 | 10-25 | 74071050298987184700399 | CYCLE VISIONS SAN DIEGO CA | $65.20 |
| 10-24 | 10-25 | 24231680298071102499672 | THE BREW HOUSE AT EASTLK CHULA VISTA CA | $45.04 |
| 10-24 | 10-26 | 74418000299003299006838 | USB CHULA VISTA RALPHS CHULA VISTA CA | $500.00 |
| 10-26 | 10-26 | 24455010299142001998482 | WAL-MART #3516    SE2 CHULA VISTA CA | $53.94 |
| 10-26 | 10-26 | 24455010299142001998557 | WAL-MART #3516    SE2 CHULA VISTA CA | $146.97 |
| 10-26 | 10-26 | 24455010299142001998656 | WAL-MART #3516    SE2 CHULA VISTA CA | $156.62 |
| 10-26 | 10-26 | 24455010299142002001609 | WAL-MART #3516    SE2 CHULA VISTA CA | $53.94 |
| 10-27 | 10-27 | 24110393013920010677231 | ALDO US #2914 6194284817 CA | $77.20 |
| 10-27 | 10-28 | 24001750331437531306214 | ADIDAS 153 SAN DIEGO CA | $48.93 |
| 10-27 | 10-28 | 24792620301485011922461 | MICHAEL KORS RETAIL INC SAN DIEGO CA | $183.79 |
| 10-28 | 10-29 | 24164007030242652022399 | CHILI'S GRI17200001727 Mira Mesa CA | $43.33 |
| 10-29 | 10-29 | 24399000302295070301783 | BEST BUY MHT 00010769 TEMECULA CA | $145.47 |
| 10-30 | 10-30 | 24717050304733043664648 | JEONGWON SAN DIEGO CA | $76.21 |
| 10-30 | 10-30 | 24122470304900010046300 | FOREIGN EXCHANGE SAN DIEGO CA | $73.95 |
| 11-03 | 11-04 | 74418000308000330650012 41 | SANTEE W/U SANTEE CA | $500.00 |
| 11-04 | 11-04 | 24455010308142001656964 | WAL-MART #3516    SE2 CHULA VISTA CA | $217.85 |
| 11-04 | 11-04 | 24110393092920912569 85 | ALDO US #2210 6194822709 CA | $123.96 |

| Fees | | | | |
|---|---|---|---|---|
| 10-13 | 10-14 | 74418000287003287001902 | ATM SURCHARGE CHULA VISTA CA | $3.00 |
| 10-13 | 10-14 | 74418000287000287080330 | CASH ADVANCE FEE 07 500.00 | $25.00 |
| 10-16 | 10-19 | 74418000292003292107004 | ATM SURCHARGE CORONA CA | $2.75 |
| 10-16 | 10-19 | 74418400292002792080330 | CASH ADVANCE FEE 07 400.00 | $20.00 |
| 10-24 | 10-26 | 74418000299003299006848 | ATM SURCHARGE CHULA VISTA CA | $3.00 |
| 10-24 | 10-26 | 74418400299002299080330 | CASH ADVANCE FEE 07 500.00 | $25.00 |
| 11-03 | 11-04 | 74418000308003308001233 | ATM SURCHARGE SANTEE CA | $2.50 |
| 11-03 | 11-04 | 74418400308003308080330 | CASH ADVANCE FEE 07 500.00 | $25.00 |
| **Total Fees For This Period** | | | | **$106.25** |

**Interest Charged**

| | |
|---|---|
| Interest Charge on Purchases | $187.72 |
| Interest Charge on Cash Advances | $24.84 |
| Interest Charge on Balances Transfers | $0.00 |
| **Total Interest For This Period** | **$212.56** |

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.    (v) Variable Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 23.99% (v) | $6,437.70 | 30 | $126.88 |
| Cash Advance | 29.99% (v) | $1,007.51 | 30 | $24.84 |
| Sep07 PR Special | 19.99% (v) | $284.86 | 30 | $4.67 |
| Purchases 1 | 19.99% (v) | $3,416.87 | 30 | $56.17 |

## 2010 Total Year-to-Date

Total fees charged in 2010 .......................................... $145.25
Total interest charged in 2010 .......................................... $784.40

Continued next page

# Our Commitment To You...

We are committed to providing our customers with
quality products, superior service, and our continued
support and respect.

**Account Number:**
1198

## Additional Information Regarding Your Account


**Secure**Credit
Debt Cancellation

SecureCredit(R) Debt Cancellation protects you and your family when life takes an unexpected turn. Events such as job loss, leave of absence or loss of life can affect your ability to pay your credit card bill. With SecureCredit(R) Debt Cancellation, you will have continued use of your card and protection of your good credit rating. The monthly program fees are only $ .89 per $100 of your outstanding new balance. Simply sign the box on the top portion of your statement and protect your account from the unexpected.

**Important Information:** Your purchase of the SecureCredit(R) product is optional. Whether or not you purchase this product will not affect your credit or the terms of any existing credit agreement you have with the bank. We will give you additional information before you are required to pay for this product. This information will include a copy of the contract containing the terms for this product. There are eligibility requirements, conditions and exclusions that could prevent you from receiving benefits under this product. You should carefully read the contract for a full explanation of the terms of this product.

GOOD NEWS! We recently made changes to your account that result in a **lower** Late Payment and Returned Payment Fee structure. Please read below to see the new terms and when the changes were effective on your account. We value your business. Thank you for being our customer.

| Important Changes to Your Account Terms |
|---|
| The following is a listing of changes that were made to your account terms. These changes were effective on August 20, 2010, and were made due to new laws and regulations. |

| Revised Terms, as of 8/20/2010 | |
|---|---|
| Late Payment Fee | Up to **$25** for the first occurrence and up to **$35** for subsequent occurrences |
| Returned Payment Fee (Payment Dishonored) | Up to **$25** for the first occurrence and up to **$35** for subsequent occurrences |

The Late Payment Fee and Returned Payment Fee (Payment Dishonored Fee) will be assessed as follows: up to $25 for the first occurrence; and up to $35 for each subsequent occurrence of the same type during the next six billing cycles.

| Important Changes to Your Account Terms: |
|---|

The following is a summary of changes that are being made to your account terms.  Changes to APRs described below are due to a decline in your creditworthiness.  **If you do not want these changes to apply, you should discontinue further transactions on your account.**

These changes will impact your account as follows:

Transactions made on or after November 24, 2010:
As of December 24, 2010, any changes to APRs described below will apply to these transactions (except transactions subject to Special Offers).

Transactions made before November 24, 2010:
Current APRs will continue to apply to these transactions.

If you are already being charged a higher Penalty APR:
In this case, any changes to APRs described below will not go into effect at this time. These changes will go into effect when the Penalty APR no longer applies to your account.

Continued next page

# Thanks for being our cardmember!

We're proud to be your credit card of choice, and we remain
committed to serving your financial needs as your situation changes,
delivering practical solutions to your changing challenges.

***We're always available, by phone or online, 24 hours a day.***

**Account Number:**
1198

| Revised Terms, as of December 24, 2010: | |
|---|---|
| APR for Purchases | **25.99%.** This APR will vary with the market based on the Prime Rate. |
| APR for Cash Advances | **29.99%.** This APR will vary with the market based on the Prime Rate. |
| APR for Balance Transfers | **25.99%** This APR will vary with the market based on the Prime Rate. |

The Preferred APR for Purchases and Balance Transfers on your account may vary and will be an
**ANNUAL PERCENTAGE RATE** equal to the Index plus a Margin of 22.74%. Currently this
**ANNUAL PERCENTAGE RATE** is 25.99% (a daily periodic rate of 0.0712%).

The Preferred APR for Cash Advances on your account may vary and will be an **ANNUAL
PERCENTAGE RATE** equal to the Index plus a Margin of 26.74%. Currently this **ANNUAL
PERCENTAGE RATE** is 29.99% (a daily periodic rate of 0.0822%).

The Index used to determine your variable APRs is the U.S. Prime Rate shown in the
"Money Rates" section of The Wall Street Journal on the last day the rate is published
in each calendar month (the determination date). The Index will be effective for the
entire billing cycle that ends in the second month after the determination date.
For example if your billing cycle ends in July, we will use the Index determined
on the last day the rate is published in The Wall Street Journal in May.

You may avoid being impacted by these rate increases by
either no longer using your account or by closing it.

This action was taken based on use of a credit scoring system that assigns a point value to
various items of information. These point values are based upon the results of analyses of
repayment histories of large numbers of customers. The reasons you did not score well
compared with other customers were:

1. Serious delinquency
2. Utilization of revolving account(s) too high
3. Time since delinquency is too recent or unknown

Our decision was based in part on information obtained in a report from the consumer reporting
agency listed below The reporting agency played no part in our decision and is unable to supply
specific reasons why these changes were made. You have a right under the Fair Credit Reporting
Act to know the information contained in your credit file at the consumer reporting agency. You
also have a right to a free copy of your report from the reporting agency, if you request it no later
than 60 days after you receive this notice. In addition, if you find that any information contained in
the report you receive is inaccurate or incomplete, you have the right to dispute the matter with
the reporting agency. The consumer reporting agency is:
Experian Inc., 701 Experian Pkwy, P.O. Box 2002, Allen, TX 75013, (888) 397-3742.

Continued next page



**Union**Bank    **VISA**

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

040841

RODERICK M DELOSREYES
1447 ROBLES DR
CHULA VISTA CA 91911-6903

| | |
|---|---|
| Account Number: | 1198 |
| New Balance: | $15,325.02 |
| Minimum Payment Due: | $956.00 |
| Payment Due Date: | January 4, 2011 |

Make checks payable to First Bankcard

Amount of Payment Enclosed

$

**Change of Address?** Please
check box and complete reverse side.

SIGN HERE to enroll in SecureCredit® (See message for details) and to authorize charges to your account for program fees.

X

SIGN HERE TO ENROLL                    Form K187 00150

1198    0000000095600    0000001532502

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

Platinum  Edition ® Visa

Account Number:
1198

##  Account Summary

| | |
|---|---|
| Previous Balance | $13,601.00 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$854.15 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$500.00 |
| Fees Charged | +$52.50 |
| Interest Charged | +$317.37 |
| **New Balance** | **$15,325.02** |

Statement Closing Date ...... 12/07/10
Days in Billing Cycle ........................32

| | |
|---|---|
| Total Credit Limit | $15,000.00 |
| Available Credit | $0.00 |
| Cash Limit | $3,000.00 |
| Available Cash | $0.00 |

##  Payment Information

| | |
|---|---|
| New Balance | $15,325.02 |
| Minimum Payment Due | $956.00 |
| Past Due Amount | $440.00 |
| **Payment Due Date** | **January 4, 2011** |

🕐 **Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased to a Penalty APR of up to 29.99%.

🕐 **Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 39 years | $50,670 |
| $602 | 3 years | $21,672 (Savings $28,998) |

If you would like information about credit counseling services, call 1-866-486-6322.

🔵 **Customer Service**

Save Time and Stamps by Paying Online!

**Call: Toll Free 1-888-295-5540**
(TDD Telecommunications Device for the Deaf: 1-800-925-2833) (Balance Transfer Hotline 1-877-388-8231)

**Visit: www.unionbank.com**

## ✓ Credit*Wise*™

Happy holidays! Keep in mind that the busy holiday shopping season is also prime season for identity thieves. Keep an eye on your card at the register, destroy all sensitive documents before throwing them away, and check your credit reports for suspicious activity at least once a year.

## Important Information Regarding Your Account

Your account is past due. If your account is not already closed, your ability to use this account has been suspended. Please submit a payment by return mail.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

##  Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Transactions** | | | | |
| 11-05 | 11-05 | 2416407031025225001489 | MOTEL 6    00013532 CARPINTERIA CA | $77.02 |
| 11-05 | 11-05 | 2416407031042659077639 | CHILI'S GRI45300004531 Santa Clarita CA | $19.78 |
| 11-06 | 11-06 | 2471705031133118673070 | THE FIREHOUSE VENICE CA | $47.60 |
| 11-07 | 11-07 | 2469216031100712940377 | NEW MANDARIN CANTON LL CHULA VISTA CA | $48.40 |
| 11-05 | 11-09 | 7441800031300331004870 | STEVENSON RANCH W/U STEVENSON RCH CA | $500.00 |
| 11-09 | 11-09 | 2449398031326605030020S | SAN DIEGO HARLEY DAVIDSN SAN DIEGO CA | $80.15 |
| 11-08 | 11-09 | 2444500031351291262698 | CVSPHARMACY #9113  Q03 CHULA VISTA CA | $54.99 |
| 11-08 | 11-09 | 2432301031354502901018 | CALIFORNIA PIZZA 071 SAN DIEGO CA | $67.65 |
| 11-09 | 11-09 | 2445501031342001975037 | WAL-MART #3516    SE2 CHULA VISTA CA | $147.13 |
| 11-09 | 11-09 | 2444500031451374613027 3 | HTB #0735 OCEANSIDE OCEANSIDE CA | $16.29 |
| 11-10 | 11-10 | 2472644503159601982789 6 | PRESTIGE AUTO WASH & AUTO SAN DIEGO CA | $32.96 |
| 11-11 | 11-11 | 2444571031551583263853 4 | RALPHS #0235 CHULA VISTA CA | $135.16 |
| 11-11 | 11-12 | 2442513903165103150108 34 | PEPBOYS STORE # 872 CHULA VISTA CA | $38.02 |
| 11-10 | 12-06 | 2441290034098000078289 1 | ALAS CARGO NATIONAL CITY CA | $89.00 |
| **Fees** | | | | |
| 11-05 | 11-09 | 7441800031300331004688 | ATM SURCHARGE STEVENSON RCH CA | $2.50 |
| 11-05 | 11-09 | 7441840031300331300330 | CASH ADVANCE FEE 07    500.00 | $25.00 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information
Continued next page



**Free Shipping***

On Your Entire Order

Enter Promo Code
at Checkout: **151625**

*Free Shipping coupon excludes orders comprised solely of products from the "Books, Music, Movies & Games", "Cars", "Auctions", and "Real Estate" categories. Discount will appear on the billing page before submitting the order. This offer applies to the lower 48 states and APO/FPO customers only. This offer excludes Alaska, Hawaii, and International orders. For expedited shipping, additional charges apply. This promotion cannot be combined with any other offer or coupon including Omail Exclusive Coupons. Offer ends December 31, 2010 @ 11:59AM EST.

**Account Number:**
1198

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 12-06 | 12-07 | 74418400341000341062000 | LATE FEE | $25.00 |
| **Total Fees For This Period** | | | | $52.50 |

**Interest Charged**

| | |
|---|---|
| Interest Charge on Purchases | $249.21 |
| Interest Charge on Cash Advances | $68.16 |
| Interest Charge on Balances Transfers | $0.00 |
| **Total Interest For This Period** | $317.37 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.          (v) Variable Rate

| Charge Summary | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|
| Purchases | 23.99% (v) | $1.56 | 32 | $0.03 |
| Cash Advance | 29.99% (v) | $0.00 | 32 | $0.00 |
| Sep07 PR Special | 19.99% (v) | $256.18 | 32 | $4.49 |
| Purchases 1 | 19.99% (v) | $3,455.91 | 32 | $60.59 |
| Purchases 2 | 23.99% (v) | $8,757.20 | 32 | $184.10 |
| Cash Advance 2 | 29.99% (v) | $2,591.45 | 32 | $68.16 |

### 2010 Total Year-to-Date

Total fees charged in 2010 ..................................................$197.75
Total interest charged in 2010 ..........................................$1,101.77

### Additional Information Regarding Your Account



**Secure**Credit
Debit Cancellation

SecureCredit™ Debt Cancellation protects you and your family when life takes an unexpected turn. Events such as job loss, leave of absence or loss of life can affect your ability to pay your credit card bill. With SecureCredit™ Debt Cancellation, you will have continued use of your card and protection of your good credit rating. The monthly program fees are only $.89 per $100 of your outstanding new balance. Simply sign the box on the top portion of your statement and protect your account from the unexpected.

**Important Information:** Your purchase of the SecureCredit™ product is optional. Whether or not you purchase this product will not affect your credit or the terms of any existing credit agreement you have with the bank. We will give you additional information before you are required to pay for this product. This information will include a copy of the contract containing the terms for this product. There are eligibility requirements, conditions and exclusions that could prevent you from receiving benefits under this product. You should carefully read the contract for a full explanation of the terms of this product.

| Notice of Changes to your Account: |
|---|

A recent review of your account has resulted in a decrease to your revolving credit limit. Your new revolving credit limit is $15,000 and your cash limit is now $0. We decreased your credit limit due to the following reason(s):

1. Serious delinquency
2. Utilization of revolving account(s) too high
3. Number of accounts with delinquency

# Our Commitment To You...

We are committed to providing our customers with quality products, superior service, and our continued support and respect.

**Account Number:**
1198

---

## Additional Information Regarding Your Account

Our decision was based in part on information obtained in a report from the consumer reporting agency listed below. The reporting agency played no part in our decision and is unable to supply specific reasons why these changes were made. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. The consumer reporting agency is:

Experian Inc., 701 Experian Pkwy, P.O. Box 2002, Allen, TX 75013, (888) 397-3742.

NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050.

---

**OMAHA STEAKS(R)**
SAVE 60% and Get a Chocolate Lover's Cake FREE!
The Superb Party Pack - ONLY $52.99!*
2 (6 oz.) Filet Mignons,
2 (6 oz.) Top Sirloins,
4 (4 oz.) Omaha Steaks Burgers,
4 (4 oz. approx.) Boneless Chicken Breasts &
6 (5.75 oz.) Stuffed Baked Potatoes
Regular Price, $132.00 - NOW ONLY $52.99
That's 19 assorted gourmet items - ORDER NOW!
Call 24 hours a day, 7 days a week - 1-800-867-9300 and
ask for 40782ANK or go to www.osincentives.com/first



Terms and Conditions:  Limit 2 at this special price.
This offer can only be redeemed online and by phone.
*Standard shipping and handling will be applied
per address. Offer expires 12/31/10.
First Bankcard, a division of First National Bank of Omaha,
does not warrant or take responsibility for the items or
services offered and is not affiliated with Omaha Steaks

---

**Never risk a missed or forgotten payment again**
Make your credit card payments automatically with AutoPay. Sign up for AutoPay for FREE and your
payments will be deducted directly from your checking or savings account ...plus you'll avoid penalty fees.
To sign up, just log in to the web address on the front of your statement and click the Account Services tab.

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>FIRST NATIONAL BANK OF OMAHA | DEFENDANTS<br>RODERICK DELOS REYES |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>DENNIS WINTERS, ESQ., WINTERS LAW FIRM<br>1820 E. 17th Street, Santa Ana, CA 92705, 714-836-1381 | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor  ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☑ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint seeking an exception to discharge pursuant to 11 U.S.C. Section 523(a)(2)(A) and/or Section 523 (a)(2)(C),  for cash advances and purchases prior to the bankruptcy filing.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☑ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
    actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
    (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court
    if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $  11 (000) |

Other Relief Sought

None

**B104 (FORM 104) (08/07), Page 2**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Roderick DeLos Reyes and Jocelyn DeLos Reyes | BANKRUPTCY CASE NO.<br>10-22310-MM7 | |
| DISTRICT IN WHICH CASE IS PENDING<br>SOUTHERN DISTRICT OF CALIFORNIA | DIVISION OFFICE<br>SAN DIEGO | NAME OF JUDGE<br>Hon. Margaret M. Mann |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ DENNIS WINTERS | | |
| DATE<br>03/21/2011 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>DENNIS WINTERS, ESQ.<br>STATE BAR NO. 89872 | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located.  Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate.  There also may be lawsuits concerning the debtor's discharge.  If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF).  (CM/ECF captures the information on Form 104 as part of the filing process.)  When completed, the cover sheet summarizes basic information on the adversary proceeding.  The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court.  The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney).  A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.**  Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.**  Give the names and addresses of the attorneys, if known.

**Party**.  Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.**  Enter the dollar amount being demanded in the complaint.

**Signature.**  This cover sheet must be signed by the attorney of record in the box on the second page of the form.  If the plaintiff is represented by a law firm, a member of the firm must sign.  If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.