CSD 1160 [05/15/03]

Name, Address, Telephone No. & I.D. No.

**CHRISTINA J. O, #266845**
**MALCOLM ♦ CISNEROS, A Law Corporation**
**2112 Business Center Drive, 2nd Floor**
**Irvine, California 92612**
**(949) 252-9400 (TELEPHONE)      (949) 252-1032 (FACSIMILE)**

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**Roderick DeLos Reyes and Jocelyn DeLos Reyes,**

Debtors.

BANKRUPTCY NO. **10-22310-MM7**

**CENTRAL MORTGAGE COMPANY DBA CENTRAL MORTGAGE LOAN SERVICING COMPANY,**
**and its successors and/or assignees,**

Moving Party

RS NO. **CJO-1**

**Roderick DeLos Reyes and Jocelyn DeLos Reyes, Debtors,**
**and Richard M Kipperman, Trustee,**

Respondent(s)

## MOTION FOR RELIEF FROM AUTOMATIC STAY
☒ REAL PROPERTY    ☐ PERSONAL PROPERTY

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below:

1. A Petition under Chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on **December 21, 2010**.

2. Procedural Status:
   a. ☒ Name of Trustee Appointed *(if any)*: **Richard M Kipperman**

   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

   c. ☐ *(Optional)* Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on:_____.
      If applicable, the prior case was dismissed on:_____.

   d. ☐ *(If Chapter 13 case):* Chapter 13 plan was confirmed on_____ or a confirmation hearing is set for_____.

   Movant alleges the following in support of its Motion:

1. ☒ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:
      **1447 ROBLES DRIVE**
      **CHULA VISTA, CA 91911**

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

      **Single family residence**

   c. Legal description of property is attached as Exhibit A.

CSD 1160

d. If a chapter 11 or 13 case and if non-payment of any post-petition payment is ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

e. *Fair market value of property as set forth in the Debtors' Schedules : $**354,000.00**            .

f. *Nature of Debtors' interest in the property:

**Owners**

2. ☐ The following personal property is the subject of this Motion *(describe property):*

   a. Fair market value of property as set forth in the Debtors' Schedules: $_____.

   b. Nature of Debtors' interest in the property:

3. *Fair market value of property according to Movant:$_____.

4. *Nature of Movant's interest in the property:   **Secured Creditor holding a First Note and Deed of Trust on the subject property.**

5. *Status of Movant's loan:

   a. Balance owing on the date of Order for Relief:      $**563,572.75**
   b. Amount of monthly payment:                          $**2,878.94**
   c. Date of last payment:                               **April 5, 2010**
   d. If real property,
      i.   Date of default:                               **May 1, 2010**
      ii.  Notice of Default recorded on:                 **September 8, 2010**
      iii. Notice of Sale published on:                   **N/A**
      iv.  Foreclosure sale currently scheduled for:      **N/A**
   e. If personal property,
      i.   Pre-petition default:   $_____   No. of months:_____
      ii.  Post-petition default:  $_____   No. of months:_____

6. *(If Chapter 13 Case, state the following:)*
   a. Date of post-petition default:                     _____
      Amount of post-petition default:                   $_____

7. Encumbrances:
   a. Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | *(IF KNOWN)* Pre-Petition Arrearages Total Amount - # of Months: | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: **CENTRAL MORTGAGE COMPANY** | $563,572.75 | $23,031.52 | 8 | $8,636.82 | 3 |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $563,572.75 | $23,031.52 | 8 | $8,636.82 | 3 |

b. Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in the schedules or otherwise known to Movant:
   ☐ **See attached page, if necessary.**

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5.)

CSD 1160

8. Relief from the automatic stay should be granted because:

   a. ☒ Movant's interest in the property described above is not adequately protected.

   b. ☒ Debtor has no equity in the ☒ real property ☐ personal property described above and such property is not necessary to an effective reorganization.

   c. ☐ The property is a "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or ____ days as ordered by this court) have passed since the entry of the order for relief in this case, and

      i. The Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

      ii. The Debtor/Trustee has

         (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

         (2) ☐ commenced payments, but such payments are less than the amount equal to interest at a current fair market reate on the value of each creditors' interest in the property.

   d. ☐ *Other cause exists as follows *(specify):* ☐ See attached page.

Movant attaches the following:

1. ☒ Other relevant evidence:

   **Debtors' Schedules as Exhibit "E"**
   **Assignments of Deed of Trust as Exhibit "F"**

2. ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☒ Relief from the automatic stay to allow CENTRAL MORTGAGE COMPANY to enforce its rights and remedies under its Note and Deed of Trust.

☒ Other: **CENTRAL MORTGAGE COMPANY requests a waiver of the 14-day stay provided by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.**

Dated: **March 22, 2011**

                                        */S/ Christina J. O*
                                        [Attorney for] Movant,

RA/CMC/m88122

* Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).

CSD 1160