# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | ALICIA D DWYER |
| **Case Number:** | 11-01817-PB11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, FEBRUARY 28, 2011 03:30 PM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | NANCY WINGIS |

## Matter:

STATUS CONFERENCE ON CHAPTER 11 PETITION

## Appearances:

DAVID A. ST. JOHN, ATTORNEY FOR ALICIA D DWYER
MARY TESTERMAN DUVOISIN, ATTORNEY FOR U.S. TRUSTEE
DEBTOR PRESENT

## Disposition:

Continued to 5/2/11 at 2:30 p.m.